TOWN OF GREENBURGH, Respondent, v. J. F. SHEA CO., INC., et al., Appellants, et al., Defendants.— Action to recover damages for the destruction of one of plaintiff's sewers as the result of appellants dumping large quantities of rock and fill into swampy land adjacent thereto, thus causing the swampy land to move and destroy the sewer. Judgment in favor of plaintiff and order granting plaintiff an extra allowance, pursuant to section 1513 of the Civil Practice Act, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Aldrich, JJ. [See *post*, p. 1051.]

### (December 12, 1944.)

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property of and Rehabilitate the Bond and Mortgage Guarantee Company. In the Matter of a Plan of Readjustment of the Rights of Holders of Investments in a Mortgage Covering Premises 125 EAST BROADWAY IN THE CITY OF LONG BEACH. CARL S. BRESNICK, Appellant; MANUFACTURERS TRUST COMPANY, as Trustee, etc., et al., Respondents.— Order approving conditional contract of sale and granting other relief, affirmed, without costs. No opinion. Stay vacated. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

### (December 13, 1944.)

BUSH TERMINAL BUILDINGS COMPANY, Respondent, v. BUSH TERMINAL RAILROAD COMPANY, Appellant.— In an action to compel specific performance of a contractual obligation of a carrier, order denying defendant's motion under rule 107 of the Rules of Civil Practice, to dismiss the complaint on the ground that the court does not have jurisdiction of the subject matter affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur. [See *post*, p. 1050.]

### (December 18, 1944.)

JOSEPHINE B. BECK, Appellant, v. REGINA FINKE, Respondent (By Original Summons); JOSEPHINE B. BECK, Appellant, v. REGINA FINKE et al., Respondents; REGINA FINKE, Landlord-Respondent, v. JOSEPHINE B. BECK, Tenant-Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 909.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

S. FRANK FOLSOM, Respondent, v. GREAT ATLANTIC & PACIFIC TEA CO., Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 912.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

MIRIAM GREENFIELD, Appellant, v. LOUIS TESHER, Defendant, and HYMAN BLOOM, Defendant-Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 875.] Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.